# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

143706

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellant,

v

CONNIE LEE PENNEBAKER,
         Defendant-Appellee.

SC: 143706
COA: 304708
Oakland CC: 2011-235701-FH

_____/

On order of the Court, the application for leave to appeal the August 18, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

_____
Clerk

p1114